```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

RYAN DORGAN,

                              Plaintiff,

-against-

FIRST KLASS BREAKFAST, LLC,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2020
```

1:20-cv-04253 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

    Plaintiff's Motion for a Default Judgment [ECF #11] is DENIED WITHOUT PREJUDICE. Plaintiff failed to file a proposed order to show cause as required by the Court's Individual Practices.

    Plaintiff is further directed that, to the extent Plaintiff intends to re-file his motion, he should retrieve a certified deposit copy of the copyright certificate and photographs subject to the copyright registration at issue here and file those papers with the Court.

**SO ORDERED.**

Date: September 18, 2020                                    _/s/ Mary Kay Vyskocil_
      New York, NY                                            **MARY KAY VYSKOCIL**
                                                              **United States District Judge**