```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN DORGAN.,

               Plaintiff,

-against-

FIRST KLASS BREAKFAST, LLC,

               Defendant.

1:20-cv-4253 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court will hold a hearing on Plaintiff's motion for a default judgment on February 9, 2022 at 11:00am. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

      Plaintiff is directed to serve a copy of this order on Defendant along with another copy of Plaintiff's motion for a default judgment and all supporting papers. Proof of service must be filed on the ECF docket on or before January 20, 2022.

**SO ORDERED.**

Date:  **January 6, 2022**
         **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**